**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 10, 2022

Ms. Casey L. Hinkle
Kaplan, Johnson, Abate & Bird
710 W. Main Street
Suite 400
Louisville, KY 40202

Mr. Jonathan Andrew Scruggs
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260

Re: Case No. 22-5884/22-5912, *Chelsey Nelson Photography LLC, et al v. Louisville-Jefferson County, KY Metro Government, et al*
Originating Case No. : 3:19-cv-00851

Dear Counsel,

   Briefing in this case will be held in abeyance temporarily pending the ruling on the motion to hold case in abeyance. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely yours,

s/Jennifer A. Strobel
Case Manager
Direct Dial No. 513-564-7019

cc: Mr. John J. Bursch
    Mr. John F. Carroll Jr.
    Mr. David Andrew Cortman
    Mr. Bryan Neihart