**403 - 4th Floor Courtroom, 9:00 A.M.**                                                    Friday, July 28, 2023

## Stranch, Bush, Murphy

**22-5884 / 22-5912 Chelsey Nelson Photography LLC, et al. v. Louisville-Jefferson County, KY, et al.**

Chelsey Nelson, et al.                                                                   ret   Jonathan A. Scruggs

    **Plaintiffs – Appellees Cross-Appellants**

                    **V.**

Louisville-Jefferson County, KY Metro Government, et al.       ret   Casey L. Hinkle
                                                                           *5 Minutes Rebuttal*

    **Defendants – Appellants Cross-Appellees**

(Gretchen Abruzzo, Courtroom Deputy)

**\*\*Opposing counsel plan on filing a response to the motion to remand that was filed on 7/27/23.**

The parties cross-appeal the district court's judgment, including certain prior non-final orders, in this action permanently enjoining defendants from enforcing a public-accommodation law against plaintiffs because it violates the First Amendment.   (15 Minutes Per Side)